AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

Engineered Tax Services, Inc.

*Plaintiff(s)*

v.

Scarpello Consulting, Inc.

*Defendant(s)*

Civil Action No. **16-cv-81795-KAM**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Scarpello Consulting, Inc.
1125 South 103rd Street
Omaha, NE 68124

RA: Marlon M. Lofgren

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dawn M. Alba, Esq.
Engineered Tax Services, Inc.
303 Evernia Street, Suite 300
West Palm Beach, FL  33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: **10/26/2016**

Steven M. Larimore
Clerk of Court

*s/ Faithtrina Stinson*
Deputy Clerk
U.S. District Courts