IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

The Honorable Judge MARRA

| | |
|---|---|
| ENGINEERED TAX SERVICES, INC., | Case No.  16:CV-81795-KAM |
| Plaintiff | |
| v. | |
| SCARPELLO CONSULTING, INC., | |
| Defendant. | |

**DEFENDANT'S, SCARPELLO CONSULTING, INC.,
MOTION FOR CONFIDENTIALITY PROTECTIVE ORDER**

Defendant, Scarpello Consulting, Inc., respectfully moves this Court pursuant to Fed. R. Civ. P. 26(c) and for good cause shown, to enter a Confidentiality Protective Order to ensure the confidentiality of certain information and/or documents that are may be disclosed or produced during discovery in the above-captioned case.  In support of this motion, Scarpello Consulting states:

1. The parties are direct economic competitors.  ECF 40 p. 2.

2. Discovery is likely to include confidential documents that are not available to the public at large, as well as highly confidential documents that are proprietary and involve financial and/or competitive information that is intentionally kept secret from competitors.

3. For example, discovery that Plaintiff already has served has requested information such as sales revenues and profits, marketing strategies and plans, and price lists (though Scarpello does not have price lists).  See ECF 40-1 at pp. 72-75.

4. Confidentiality protective orders are common in commercial cases, particularly when the parties are business competitors such as in this case.  Furthermore, Plaintiff's generalized and speculative concern that all documents will be marked confidential is both speculative and

unsubstantiated, and Scarpello already has produced documents that it does not believe constitute confidential information at either of the two confidentiality levels set forth in the proposed confidentiality protective order.

5. Scarpello attaches as Exhibit 1 to this motion its proposed confidentiality protective order, which incorporates some of the revisions proposed by Plaintiff on May 17.

WHEREFORE, Scarpello respectfully requests that the Court enter the attached, proposed confidentiality protective order as well as order such other relief as to the Court deems appropriate.

Dated this 2nd day of June, 2017.

      SCARPELLO CONSULTING, INC., Defendant,

By: : s/ *L. Louis Mrachek*
   MRACHEK, FITZGERALD, ROSE, KONOPKA, THOMAS & WEISS, P.A.
   505 South Flagler Drive, Suite 600
   West Palm Beach, FL  33401
   (561) 655-2250
   (561) 655-5537 (facsimile)
   lmrachek@mrachek-law.com

   and

   Daniel J. Fischer, #22272 (Admitted pro hac vice)
   KOLEY JESSEN P.C., L.L.O.
   One Pacific Place, Suite 800
   1125 South 103rd Street
   Omaha, NE  68124-1079
   (402) 390-9500
   (402) 390-9005 (facsimile)
   Dan.Fischer@koleyjessen.com

   Attorneys for Defendant

## CERTIFICATE OF SERVICE

You are hereby notified that the above and foregoing document was served on the following attorney of record on this 2nd day of June, 2017, via CM/ECF system, which will send notification of this filing to all counsel of record who is registered to receive such notifications.

Dawn M. Alba
Engineered Tax Services, Inc.

Email: dalba@engineeredtaxservices.com

                                              s/ *L. Louis Mrachek*
                                              L. Louis Mrachek, Florida Bar No. 182880