# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

The Honorable Judge MARRA

| | |
|---|---|
| ENGINEERED TAX SERVICES, INC., | Case No.  16:CV-81795-KAM |
| Plaintiff | |
| v. | **MOTION FOR PROTECTIVE ORDER** |
| | **and** |
| SCARPELLO CONSULTING, INC., | **INCORPORATED** |
| | **MEMORANDUM OF LAW** |
| Defendant. | |

## MOTION

Scarpello Consulting, Inc. respectfully moves the Court for a protective order rescheduling a deposition of Scarpello Consulting, a Nebraska corporation, from the unilateral date set by Plaintiff in Florida to November 1, 2017, or any other reasonable date later agreed by the Parties, in Omaha Nebraska.  In further support of this motion, Scarpello Consulting states:

1. Counsel for the parties tentatively discussed setting telephonic depositions of certain vendors/fact witnesses in early-October, followed by back-to-back depositions of Plaintiff and Tom Scarpello, individually, in Florida, on October 24 and 25, 2017; however, the parties never finalized their plans.

2. Plaintiff postponed the two telephonic depositions, then later unilaterally set the corporate representative deposition of Scarpello Consulting for October *23*, 2017, in Florida, a date the parties had never discussed.  (Exh. 1 and 2).

3. Scarpello Consulting is a Nebraska corporation with its headquarters in Omaha, Nebraska, (D.E. 1 at ¶ 5). Scarpello Consulting's principal, Tom Scarpello, resides in Omaha, Nebraska. In order for Scarpello to appear in Florida for a deposition on October 23, 2017, he would have to travel on the proceeding Sunday, a date for which he has a preexisting conflict.

1

4. Contemporaneously, the Court rescheduled the trial date in this matter to August 6, 2018. (D.E. Filing Nos. 65 & 71).

5. Counsel for Scarpello Consulting unsuccessfully attempted to resolve the dispute regarding the unilateral October 23, 2017 Notice of Deposition, offering to allow the deposition to proceed telephonically. Alternatively, Counsel proposed a new deposition schedule to lead/match with the new trial date, and further offered to work to schedule the depositions of the parties in November 2017 (8 months before the new trial date). Plaintiff still refused to alter the unilateral deposition notice set for Florida next week. (Exh. 3).

Wherefore Scarpello Consulting respectfully prays for an order quashing the deposition unilaterally noticed by Plaintiff in Florida for October 23, 2017, and rescheduling the same for Nov. 1, 2017, (or a date otherwise mutually agreed by the parties) in Omaha, Nebraska, and for such other, further, and different relief as to the Court seems just and proper.

## MEMORANDUM OF LAW

"[A] corporate representative must be deposed at the corporation's principal place of business." *See, e.g., Zurich American Ins. Co. v. Hi-Mar Specialty Chemicals LLC*, 2011 WL 13174594, *2 (S.D. Fla. Sept. 30, 2011)(citing *Pratt & Whitney*, 161 F.R.D. 475, 476 (S.D. Fla. 1995) & *Perfect Web Tech. v. infoUSA*, 2007 WL 4414819, *3 (S.D. Fla 2007)(in turn citing *Salter v. Upjohn Co.*, 593 F.2d 649, 651 (5th Cir. 1979)). Moreover, "the default rule … is that a defendant who has not asserted any claims in the forum of the litigation has the right to insist on being deposed in its home forum where it is headquartered…. In particular, the deposition of a corporation through its agents or officers should normally be taken at the principal place of business of the corporation." *Balu v. Costa Crociere S.P.*, 2011 WL 3359681, *1 (S.D. Fla. Aug. 3, 2011)(citations omitted). This general rule "especially" applicable "when the [c]orporation is the defendant." *Perfect Web*, 2007 WL 4414819 at *3.

Plaintiff went outside the initial discussions of the parties, and unilaterally set Scarpello Consulting's Corporate Representative's deposition, in Florida, on a date neither offered nor agreed, despite that Scarpello Consulting is a Nebraska corporation with its national headquarters in Omaha, Nebraska (and despite notice of the witness's calendar conflict). Scarpello Consulting's counsel has attempted to resolve this issue amicably, to no avail. Therefore, Scarpello Consulting respectfully asks the Court to quash the deposition noticed for Oct. 23 and reschedule it for Nov. 1, 2017, or a date otherwise mutually agreed by the parties, in Omaha, Nebraska.

Movant's attorney has spoken in person or by telephone with the attorney(s) for all parties who may be affected by the relief sought in this motion in a good faith effort to resolve or narrow the issues raised.

Dated: October 20, 2017.

SCARPELLO CONSULTING, INC., Defendant,

By: *L. Louis Mrachek*
    L. Louis Mrachek, Florida Bar No 182880
    MRACHEK, FITZGERALD, ROSE,
    KONOPKA, THOMAS & WEISS, P.A.
    505 South Flagler Drive, Suite 600
    West Palm Beach, FL  33401
    (561) 655-2250
    (561) 655-5537 (facsimile)
    lmrachek@mrachek-law.com

and

Daniel J. Fischer, #22272 (Admitted pro hac vice)
KOLEY JESSEN P.C., L.L.O.
One Pacific Place, Suite 800
1125 South 103rd Street
Omaha, NE  68124-1079
(402) 390-9500
(402) 390-9005 (facsimile)
Dan.Fischer@koleyjessen.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 20th day of October, 2017, a true and correct copy of the foregoing Motion for Protective Order including Memorandum of Law was filed electronically with the Court and served upon the following by email as follows:

Dawn M. Alba
Engineered Tax Services, Inc.

Email: dalba@engineeredtaxservices.com

                                        *L. Louis Mrachek*
                                        L. Louis Mrachek